United States District Court
Southern District of Texas
**ENTERED**
February 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAY WALTERS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-3084 |
| | § § | |
| WILLBROS GROUP, INC., *et al*, | § § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by e-mail that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

Due to the settlement, the hearing scheduled for March 14, 2018 is cancelled. The pending Motion for Class Certification (Doc. No. 73), Motion for Reconsideration and Leave to Amend (Doc. No. 80), Motion to Strike (Doc. No. 92), and Motion to Compel (Doc. No. 103) are dismissed as moot. The motions are dismissed without prejudice and with leave to re-file if the claims are reinstated as described above.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of February, 2018.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE