# EXHIBIT B

**EXHIBIT B**

*In re Willbros Group, Inc. Securities Litigation*, **Master File No. 4:14-cv-03084-KPE**
**Robbins Geller Rudman & Dowd LLP**
**Inception through April 30, 2018**

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $ 8,445.60 |
| Transportation, Hotels & Meals | | 60,219.79 |
| Telephone | | 82.43 |
| Postage | | 93.43 |
| Messenger, Overnight Delivery | | 2,590.96 |
| Court Hearing Transcripts, Deposition Reporting, and Videography | | 28,216.66 |
| Experts/Consultants/Investigators | | 277,193.12 |
|     Tasta Group dba Caliber Advisors, Inc. | $ 155,929.00 | |
|     L.R. Hodges & Associates, Ltd. | 82,706.62 | |
|     Back Bay Management Corp. dba The Michel-Shaked Group | 38,557.50 | |
| Photocopies | | 365.63 |
|     In-House Black and White (1,474 copies at $0.15 per page) | $ 221.10 | |
|     In-House Color (193 copies at $0.50 per page) | 96.50 | |
|     Outside | 48.03 | |
| Online Legal and Financial Research | | 34,456.83 |
| eDiscovery Database Hosting | | 30,756.58 |
| Mediation Fees (JAMS, Inc.) | | 4,600.00 |
| **TOTAL** | | ***$ 447,021.03*** |

1266164_1